1  Robert Coats
   PO Box 9525
2  South Lake Tahoe, CA 96158
3  Telephone (530) 577-4389
   Plaintiff, Pro Per

**FILED**

JAN 16 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COATS, | Case No.:  **2: 1 4 - CV - 0 1 1 1 GEB KJN PS** |
| Plaintiff, | **VERIFIED COMPLAINT for RELIEF** |
| vs. | **Demand Does Not Exceed $10,000.00** |
| LEADING EDGE RECOVERY SOLUTIONS, LLC, | |
| Defendant | |

### VERIFIED COMPLAINT for RELIEF

Plaintiff, Robert Coats, hereby sues Defendant, LEADING EDGE RECOVERY

SOLUTIONS, LLC; and alleges:

### PRELIMINARY STATEMENT

1. This action is for damages brought for violations of the CALIFORNIA CONSUMER

REPORTING AGENCIES ACT (CCRA) *C.C.P. §1785 et seq.*

2. Defendant was seeking to collect an alleged consumer debt from Plaintiff as defined by

*Cal. Civ. §1788.2(f).*

3. The alleged debt in question is a consumer credit transaction as defined by *CCP*

*§1788.2(e),* as Plaintiff has allegedly received property, services or money from the Defendant on an extension of credit and such property, services or money was used primarily for personal, family or household purposes.

4. Private right of action is as defined in *CCP §1785.11(a).*

## JURISDICTION AND VENUE

5. The jurisdiction of this Court is conferred by *CCP §410.10.*

6. Defendant conducts business in the state of California, and therefore, personal Jurisdiction is established.

7. Venue is proper pursuant to *CCP §395(a).*

8. This is an action for damages which do not exceed $10,000.00.

9. Plaintiff, Robert Coats, is a natural person and is a resident of the State of California.

10. Plaintiff is a consumer as defined by *CCP §1788.2(e)*

11. Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC is a Chicago, IL Limited Liability Company, authorized to do business in California.

12. Defendant is a debt collector as that term is defined by *CCP §1788.2.*

13. All conditions precedent to the bringing of this action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

14. On or about August 3, 2013 Plaintiff discovered that on March 25, 2012, LEADING EDGE RECOVERY SOLUTIONS, LLC initiated a hard pull of Plaintiff's credit report from TransUnion, thereby reducing his credit score. A copy of the page from the Report is attached as "Exhibit A".

1    15. On or about August 21, 2013 Plaintiff requested the purpose for which Defendant,

2  LEADING EDGE RECOVERY SOLUTIONS, LLC, inquired of his credit report, attached as

3  "Exhibit B".

4
5    16. On August 29, 2013, Defendant LEADING EDGE RECOVERY SOLUTIONS, LLC

6  responded by letter, attached as "Exhibit C", that the inquiry of Plaintiff's credit report from

7  TransUnion was connected to a collection action of an alleged debt. Subsequently Defendant

8  removed the inquiry from the Plaintiff's TransUnion credit report.

9    17. At no time did the Defendant attempt to collect on the alleged debt.

10
     18. Plaintiff has never knowingly had any debt obligation to the Defendant.
11
12    19. Plaintiff has never granted the Defendant permission to pull his private credit report.

13                                         **COUNT I**

14  **VIOLATION OF CALIFORNIA CONSUMER REPORTING AGENCIES ACT (CCRAA),**

15  **C.C.P. §1785 WILLFUL NON-COMPLIANCE BY DEFENDANT LEADING EDGE**

16                          **RECOVERY SOLUTIONS, LLC**
17
18    20. Paragraphs 1 through 19 are realleged and incorporated as fully set forth herein.

19    21. Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC willfully violated

20  *CCP §1785.11(a)* by obtaining Plaintiff's consumer report without a permissible purpose as

21  defined by *CCP §1785.11(a)*.

22
     **WHEREFORE**, Plaintiff, Robert Coats, prays for relief and judgment be entered against
23
24  Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC as follows:

25       (a) Statutory Damages of $2,500.00 payable by Defendant pursuant to the

26       California Credit Reporting Agency Act, *CCP § 1785.19(a)*,

27       (b) Costs and reasonable attorneys' fees payable by Defendant,

28
                                       3
                        VERIFIED COMPLAINT for RELIEF

1    (c) Any other relief that this Honorable Court deems appropriate, and

2    (e). Awarding Plaintiff any pre-judgment and post-judgment interest as may be

3    allowed under the law.

4    RESPECTFULLY SUBMITTED,

5

6    DATED: January 14, 2014

7                                                    By:

8                                                          Robert Coats

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    4
                       VERIFIED COMPLAINT for RELIEF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VERIFICATION OF COMPLAINT AND CERTIFICATION

### STATE OF CALIFORNIA

Plaintiff, Robert Coats, states as follows:

1. I am the Plaintiff in this civil proceeding.

2. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

3. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

4. I have filed this Complaint in good faith and solely for the purposes set forth in it.

5. Each and every exhibit I have provided which has been attached to this Complaint is a true and correct copy of the original.

6. Except for clearly indicated redactions made where appropriate, I have not altered, changed, modified or fabricated these exhibits.

Pursuant to *CCP §2015.5*, I, Robert Coats, hereby certify under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

Executed at South Lake Tahoe, California

Date: January 14, 2013

Robert Coats

5
VERIFIED COMPLAINT for RELIEF

EXHIBIT A

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence o an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

### PROSPECT MORTGAGE LL via EQUIFAX MORTGAGE SERVICE

6 E CLEMENTON RD
GIBBSBORO, NJ 08026
(800) 333-0037

Requested On:
06/17/2013
InquiryType:
Participant
Permissible Purpose:
CREDIT TRANSACTION

### LEADING EDGE REC SOL

5440 NORTH CUMBERL
SUITE 300
CHICAGO, IL 60656
(800) 663-4707

Requested On:
03/25/2012
InquiryType:
Individual
Permissible Purpose:
COLLECTION

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

### SECOND ROUND, LP

4150 FRIEDRICH LAN
AUSTIN, TX 78744
(512) 392-6401

Requested On:
07/01/2013

### CROWN ASSET MGMT

3100 BRECKINRIDGE
STE 725
DULUTH, GA 30096
Phone number not available

Requested On:
06/21/2013

### GECRB/JC PENNEY STATESID

### PORTFOLIO RECOVERY ASSOC

EXHIBIT B

Robert Coats
PO Box 9525
South Lake Tahoe, CA 96158

August 21 2013

LERS LLC
5440 N Cumberland Ave, Suite 300
Chicago, IL 60656-1490

Re: Unauthorized Credit Inquiry

Dear LERS LLC,

I recently received a copy of my credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing.

Please send me the reason that you are authorized to inquire into my credit report.

Thanking you in advance,


Robert Coats

EXHIBIT C

**LEADING EDGE**
RECOVERY SOLUTIONS

Tyler Peterson
773-380-3129
Tyler.Peterson@leadingedgerecovery.com

August 29, 2013

## VIA U.S. MAIL

Robert Coats
P.O. Box 9525
South Lake Tahoe, CA 96158

Re:    TransUnion Inquiry

Dear Mr. Coats:

Leading Edge Recovery Solutions, LLC ("LERS") received your communication related to an inquiry appearing on your TransUnion credit report. You request the credit inquiry be removed from your report.

TransUnion put this inquiry on your credit report because LERS requested your credit information for the purpose of attempting to collect a consumer-initiated debt opened under your name and using your personal information. Such requests by LERS are permitted under Section 604 of the Fair Credit Reporting Act. *See* 15 U.S.C. 1681b(a)(3)(A). Nevertheless, LERS has requested that TransUnion remove the inquiry.

Please feel free to contact me with any questions.

Sincerely,

Tyler J. Peterson
Compliance Analyst

LEADING EDGE RECOVERY SOLUTIONS, LLC
5440 N Cumberland Ave, Suite 300, Chicago, IL 60656