UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COATS,<br><br>        Plaintiff,<br><br>   v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC,<br><br>        Defendant. | No.  2:14-cv-0111-GEB-KJN-PS<br><br>ORDER |

      On February 19, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

      Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

      Accordingly, IT IS ORDERED that:

      1. The Proposed Findings and Recommendations filed February 19, 2014 (ECF No. 3),

are ADOPTED.

2. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is denied.

3. This action is DISMISSED WITHOUT PREJUDICE for lack of federal subject matter jurisdiction.

4. The Clerk of Court shall vacate all dates and close this case.

Dated: March 18, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge