UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**ROBERT COATS,**

CASE NO: **2:14–CV–00111–GEB–KJN**

v.

**LEADING EDGE RECOVERY SOLUTIONS, LLC,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/18/14

**Marianne Matherly**
Clerk of Court

ENTERED: **March 19, 2014**

by: /s/ A. Kastilahn
Deputy Clerk